**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ALBERTO DELLA VALLE ZAVALETA,<br><br>Defendant. | 3:24-mj-00072-RAM-GAT |

TO:  Kimberly Riley, Esq., AUSA
     Melanie Turnbull, Esq., AFPD

### ORDER OF CRIMINAL APPOINTMENT

It is now hereby **ORDERED**:

1. The Federal Public Defender is **APPOINTED** to represent Defendant, **CARLOS ALBERTO DELLA VALLE ZAVALETA**, on the charges in the above-captioned criminal proceeding.

2. The Office of the United States Marshal shall serve any and all processes in connection with the above-captioned matter.

ENTER:

Dated: December 27, 2024

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE